**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH GEORGE TERRONE, JR.,<br><br>Defendant. | 3:19-cr-00058-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION TO COMPEL [ECF 30]**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through CHRISTOPHER CHIOU, Acting United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, and KATE BERRY, Assistant Federal Public Defender, counsel for defendant Joseph George Terrone, Jr., to extend the deadline for the Government's Response to Defendant's Motion to Compel [ECF No. 30] from October 13, 2021 to October 27, 2021.

This is the parties' first request for an extension.

The parties stipulate, subject to the Court's approval, that the Government's Response to Defendant's Motion to Compel is due on October 27, 2021. The parties further stipulate that Defendant would have until November 17, 2021 to file any reply. This stipulation is requested mindful of the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 12th day of October 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Randolph J. St. Clair*
RANDOLPH J. ST. CLAIR
Assistant United States Attorney

*/s/ Kate Berry*
KATE BERRY
Assistant Federal Public Defender
Counsel for Joseph George Terrone, Jr.

**IT IS SO ORDERED.**

_____
**HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE**

**DATED: October 12, 2021.**