UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH GEORGE TERRONE, JR.,<br><br>　　　　Defendant. | Case No.  3:19-cr-00058-RCJ-CLB<br><br>**STIPULATION TO CONTINUE HEARING RE MOTION TO COMPEL**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Rene L. Valladares, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for JOSEPH GEORGE TERRONE, JR., Christopher Chiou, Acting United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, to continue the hearing regarding the Defendant's Motion to Compel from February 23, 2022 at 10:00 AM to March 21, 2022 at 1:30 PM.

　　　　This is the parties' first stipulation to continue motion hearing.

This stipulation is requested mindful of the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 9th day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Kate Berry*<br>By:_____<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Joseph George Terrone, Jr. | */s/ Randolph J. St. Clair*<br>By:_____<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for United States |

**IT IS SO ORDERED.**

_____
**HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE**

**DATED: February 9, 2022.**

2