RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for JOSEPH GEORGE TERRONE, JR.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:19-cr-00058-RCJ-CLB |
| Plaintiff, | **ORDER APPROVING EXPERT DISCLOSURE DEADLINE STIPULATION** |
| v. | (First Request) |
| JOSEPH GEORGE TERRONE, JR. | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender KATE BERRY, counsel for JOSEPH GEORGE TERRONE, JR., United States Attorney Jason M. Frierson, and Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the United States of America, that the parties have agreed on the following expert disclosure deadlines:

| Action | Deadline/s |
|---|---|
| Government: Provide expert witness disclosures consistent with Federal Rule of Criminal Procedure 16(a)(1)(G) | Case in Chief: 45 days before trial<br><br>Rebuttal: 14 days before trial |
| Defense: Provide expert witness disclosures consistent with Federal Rule of Criminal Procedure 16(b)(1)(C) | 30 days before trial |

1    This is the first stipulation of expert disclosures filed herein.

2    DATED this 28ᵗʰ day of February, 2024.

3

4    RENE L. VALLADARES                    JASON M. FRIERSON
     Federal Public Defender               United States Attorney

5

6        */s/ Kate Berry*                      */s/ Randolph J. St. Clair*
     By:_____        By:_____

7    KATE BERRY                             RANDOLPH J. ST. CLAIR
     Assistant Federal Public Defender      Assistant United States Attorney

8    Counsel for Joseph George Terrone, Jr.  Counsel for United States

9

10

11

12                                         **IT IS SO ORDERED**
                                           this ____28th____ of February, 2024.

13

14

15                                         ROBERT C. JONES

16                                         UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26