# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>     v.<br><br>JOSEPH GEORGE TERRONE, JR.,<br><br>                                    Defendant. | Case No. 3:19-cr-00058-RCJ-CLB<br><br>**ORDER SETTING CHANGE OF PLEA HEARING & ORDER TO TRANSPORT DEFENDANT** |

At the request of the parties, **IT IS ORDERED** that a Change of Plea Hearing is set for Tuesday, March 26, 2024, at 10:00 a.m. in Reno Courtroom 3 before Judge Robert C. Jones.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service is directed to transport Defendant Joseph George Terrone, Jr. from Nevada Southern Detention Center in Pahrump, Nevada, to Reno, Nevada, for the purposes of attending this hearing in person.

**IT IS FURTHER ORDERED** that the Clerk will provide a copy of this Order to the U.S. Marshals.

**IT IS SO ORDERED.**

Dated this 28th day of February 2024.

_____
Robert C. Jones
United States District Judge