# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH GEORGE TERRONE, JR. )<br>)<br>Defendant. ) | Case Number: 3:19-cr-00058-RCJ-CLB<br><br>**CONSENT TO ENTRY OF PLEA OF GUILTY BEFORE THE MAGISTRATE JUDGE AND ORDER OF REFERENCE** |

Pursuant to 28 U.S.C. § 636(b)(3), the defendant, Joseph George Terrone, Jr., after consultation and agreement with counsel, consents to United States Magistrate Judge Carla Baldwin accepting defendant's plea of guilty and to the Magistrate Judge conducting proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The defendant also acknowledges and understands that sentencing on his plea of guilty will be before the assigned District Judge after a pre-sentence investigation and report, and compliance with Fed. R. Crim. P. 32.

The United States, by and through the undersigned Assistant United States Attorney, consents to the Magistrate Judge conducting plea proceedings pursuant to Fed. R. Crim. P. 11, and accepting the defendant's plea of guilty as indicated above, pursuant to such proceedings.

DATED this 11th day of March 2024.

*/s/ Joseph George Terrone, Jr.*

Defendant

*/s/ Kate Berry*

Attorney for Defendant

*/s/ Randolph J. St. Clair*  .

Assistant United Sates Attorney

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(3), and the consent of the parties above mentioned, including the defendant,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Carla Baldwin shall hear and conduct plea rendering under Fed. R. Crim. P. 11, and may accept the plea of guilty from the defendant pursuant thereto after full compliance with Fed. R. Crim. P. 11.

Dated this 11th day of March, 2024.

_____
Robert C. Jones
U.S. District Judge