RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for JOSEPH GEORGE TERRONE, JR.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH GEORGE TERRONE, JR.,<br><br>Defendant. | Case No. 3:19-cr-00058-RCJ-CLB<br><br>**ORDER ON STIPULATION TO CONTINUE CHANGE OF PLEA HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for JOSEPH GEORGE TERRONE, JR. and JASON M. FRIERSON, United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Change of Plea hearing set for March 26, 2024, at 10:00 AM, be vacated and continued to April 11, 2024, at 9:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Counsel requests this additional time in order to allow adequate time to research Change of Plea issues and to prepare for the Change of Plea hearing.

3. Mr. Terrone is detained and consents to the continuance. Specifically, Mr. Terrone was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the first request for continuance of the Change of Plea hearing.

DATED this 25th day of March, 2024.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Kate Berry  
KATE BERRY  
Assistant Federal Public Defender  
Counsel for JOSEPH TERRONE, JR.

JASON M. FRIERSON  
United States Attorney

By /s Randolph J. St. Clair  
RANDOLPH J. ST. CLAIR  
Assistant United States Attorney  
Counsel for the Government

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Counsel requests this additional time in order to allow adequate time to research Change of Plea issues and to prepare for the Change of Plea hearing.

3. Mr. Terrone is detained and consents to the continuance. Specifically, Mr. Terrone was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the first request for continuance of the Change of Plea hearing.

DATED this 25th day of March, 2024.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Kate Berry  
KATE BERRY  
Assistant Federal Public Defender  
Counsel for JOSEPH TERRONE, JR.

JASON M. FRIERSON  
United States Attorney

By /s Randolph J. St. Clair  
RANDOLPH J. ST. CLAIR  
Assistant United States Attorney  
Counsel for the Government

Case 3:19-cr-00058-RCJ-CLB   Document 70   Filed 03/25/24   Page 3 of 3
Case 3:19-cr-00058-RCJ-CLB   Document 69   Filed 03/25/24   Page 3 of 3

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Change of Plea Hearing currently set for March 26, 2024, at 10:00 AM, be vacated and continued to **April 11, 2024, at 9:00 AM.**

DATED this 25th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE
Magistrate Judge